# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| JOLLY, E. GRADY | COURT OF APPEALS FIFTH | 07/28/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE ACTIVE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

501 EAST COURT STREET, ROOM 3.850
JACKSON, MS 39201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | ADVISORY BOARD | FEDERAL JUDGES ASSOCIATION |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 07/28/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FEDERAL JUDGES ASSOCIATION (fja) | 5/3-4/2014 | WASHINGTON, DC | ATTEND FEDERAL JUDGES ASSOCIATION ANNUAL BOARD MEETING MEETING | TRANSPORTATION, LODGING & MEALS |
| 2. | UNITED STATES COURTS | 5/6-9/2014 | SAN ANTONIO, TX | ATTEND FIFTH CIRCUIT JUDICIAL CONFERENCE | TRANSPORTATION, LODGING & MEALS |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **JOLLY, E. GRADY** | 07/28/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 07/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bancorpsouth Money Market Acc't IRA (s) | A | Interest | J | T | | | | | |
| 2. Analysts International Com Stk. | | None | | | Expired | 12/31/14 | J | A | SEE FOOTNOTE 1 |
| 3. Snopes Corp. Common Stock | C | Int./Div. | K | U | | | | | |
| 4. Gold Bullion 23 oz. | | None | K | T | | | | | |
| 5. Silver Bullion 850 oz. | | None | J | T | | | | | |
| 6. Fred's Inc. Common Stock | A | Dividend | K | T | | | | | |
| 7. Trustmark Bank Acc't | A | Interest | J | T | | | | | |
| 8. Trustmark Bank Acc't | A | Interest | J | T | | | | | |
| 9. Trustmark Bank Acc't | | None | J | T | | | | | |
| 10. Trustmark Bank Acc't | | None | L | T | | | | | |
| 11. Trustmark Bank Acc't (s) | A | Interest | K | T | | | | | |
| 12. "(H)" BROKERAGE ACCOUNT # 1 | | | | | | | | | |
| 13. Keely Sm Cap Val Fd | A | Dividend | J | T | | | | | |
| 14. Blackrock Global Allocation Fd | A | Dividend | | | Sold (part) | 4/14/14 | K | C | |
| 15. | | | | | Sold | 12/30/14 | J | B | |
| 16. J P Morgan Tr II U S Gov't Money Mkt Fd | A | Dividend | J | T | | | | | |
| 17. Berkshire Hathaway Cl B | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. J P Morgan Tr II L Cap Gr Fd Cl A | A | Dividend | J | T | | | | | |
| 19. Parnassus Inc Tr Eq Inc Portfolio | A | Dividend | K | T | | | | | |
| 20. SPDR S & P 500 ETF Tr | A | Dividend | K | T | Buy (add'l) | 12/30/14 | J | | |
| 21. SPDR Ser TR S & P Dividend ETF | A | Dividend | J | T | | | | | |
| 22. PROSHARES S&P 500 DIV ARISTOCRATS ETF | A | Dividend | J | T | Buy | 10/29/14 | J | | |
| 23. SPDR DOW JONES IND AVG ETF TR UNIT SER 1 | | None | J | T | Buy | 12/30/14 | J | | |
| 24. "(H)" IRA ACCOUNT # 1 | | | | | | | | | |
| 25. Columbia Acorn Fd - IRA | B | Dividend | K | T | | | | | |
| 26. First Eagle Global Fd - IRA | A | Dividend | J | T | | | | | |
| 27. Alger Spectra Fd - IRA | B | Dividend | K | T | Sold (part) | 9/29/14 | J | B | |
| 28. J P Morgan Money Mkt-IRA | A | Interest | J | T | | | | | |
| 29. J P Morgan Tr Value Advantage Fd-IRA | A | Dividend | K | T | Sold (part) | 2/28/14 | J | A | |
| 30. Ishares Select Dividend ETF | A | Dividend | K | T | | | | | |
| 31. SPDR Ser Tr S&P Div ETF | A | Dividend | K | T | | | | | |
| 32. Berkshire Hathway Cl B | | None | K | T | | | | | |
| 33. Parnassus Inc Tr Eq Inc | A | Dividend | K | T | | | | | |
| 34. SPDR S&P 500 ETF Tr | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 07/28/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Proshares S&P 500 Aristocrats ETF | A | Dividend | J | T | | | | | |
| 36. CALL CYTK 8/6/14 | | None | | | Buy | 2/28/14 | J | | |
| 37. | | | | | Sold | 4/28/14 | J | B | |
| 38. CYTOKINETICS INC | | None | | | Buy | 3/04/14 | J | | |
| 39. | | | | | Sold | 4/30/14 | J | A | |
| 40. "(H)" BROKERAGE ACCOUNT # 2 | | | | | | | | | |
| 41. Ishares Select Dividend ETF | | None | | | Sold | 1/14/14 | J | A | |
| 42. Ishares Tr Russell Midcap Gr Index Fd | | None | | | Sold | 1/14/14 | J | A | |
| 43. J P Morgan Tr II Large Cap Gr Fd Cl A | | None | | | Sold | 1/14/14 | J | B | |
| 44. SPDR S&P 500 ETF Tr | A | Dividend | | | Sold | 1/14/14 | J | A | |
| 45. SPDR Ser Tr S&P Dividend ETF | | None | | | Sold | 1/14/14 | J | A | |
| 46. Vanguard Short Term Bond ETF | | None | | | Sold | 1/14/14 | J | A | |
| 47. J P Morgan Tr II US Gov't Money Mkt Fd | A | Dividend | | | Closed | 3/5/14 | K | | |
| 48. Global X FDS ETF | A | Dividend | | | Sold | 1/14/14 | J | A | |
| 49. Proshares S&P 500 Aristocrats ETF | | None | | | Sold | 1/14/14 | J | A | |
| 50. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FOOTNOTE 1: PART VII LINE 2 ANALYSTS INTERNATIONAL COMMON STOCK. OWNED 29 SHARES OF ANALYSTS INTERNATIONAL WHICH WAS ACQUIRED BY AMERICAN CYBER SYSTEMS IN AUGUST 2013. FAILED TO TRANSMIT THE SHARES TO AMERICAN CYBER SYSTEMS. THE OFFER PRICE WAS $187. AS OF DECEMBER 2014 THE OFFER HAS EXPIRED AND THERE IS NO VALUE IN THE STOCK.

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 07/28/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ E. GRADY JOLLY

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544